UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTINA MAYO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET GROUP,<br>INC. & WFM PROPERTIES<br>CHESHIRE, LLC,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 3:22-cv-00881<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF REMOVAL OF CIVIL ACTION**

NOW COME defendants Whole Foods Market Group, Inc. ("Whole Foods Market Group"), and WFM Properties Cheshire, LLC ('WFM Properties")[1] and, pursuant to 28 U.S.C. §§1332, 1441 and 1446, hereby remove to this Court the above-entitled action based on the following grounds:

　　　　1.　　The Defendants are defendants in a civil action in the New Haven Superior Court of the State of Connecticut styled as "*Christina Mayo v. Whole Foods Market Group, Inc. & WFM Properties Cheshire, LLC*, New Haven Superior Court, Docket No. NNH-CV22-6124225-S" (the "State Court Action"). The Complaint (the "Complaint") in the State Court Action alleges that plaintiff Christina Mayo (the "Plaintiff") suffered certain personal injuries in an accident at certain premises managed or controlled by the Defendants at 400 East Johnson Ave., Cheshire, Connecticut, on June 28, 2020.

---

[1] Whole Foods Market Group and WFM Properties will sometimes hereinafter collectively be referred to as the "Defendants."

1

2. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings and orders served upon the Defendants are attached hereto at **Exhibit A**.

3. The Plaintiff filed this action with the New Haven Superior Court on June 14, 2022. As such, this Notice of Removal is timely under 28 U.S.C. §1446(b) as it is filed within thirty days of the filing of the action in the Connecticut Superior Court. *See Marciniszyn v. Cigna Corp.*, 59 F. Supp. 3d 459, 460 (D. Conn. 2014); *Homer v. GMAC Mortgage*, LLC, 2011 WL 3859719, * 2 (D. Conn. 2011).

4. Upon information and belief, the amount in controversy in this action exceeds $75,000. In the Complaint, the Plaintiff alleges that she suffered, among other things, a left ankle crush injury when she was pinned between a forklift and a pallet. *See* Complaint at ¶ 5. On January 18, 2022, the Plaintiff sent a pre-lawsuit demand letter to the Defendants' third-party claims administrator, Gallagher Bassett Services, Inc., demanding settlement in the amount of $248,000. *Homer*, 2011 WL 3859719 at **3-4 (demand of $500,000 by plaintiffs' counsel established that amount in controversy exceeded the jurisdictional requirement for purposes of removal).

5. The Plaintiff is a resident of the State of Connecticut. *See* Summons – Civil at **Exhibit A**. Defendant Whole Foods Market Group is a corporation formed under the laws of the State of Delaware with a principal place of business in Austin, Texas. *See* printout from the Connecticut Secretary of State's website attached hereto at **Exhibit B**. Defendant WFM Properties is a limited liability company formed under the laws of the State of Delaware with a principal place of business in Austin, Texas. *See* printout from the Connecticut Secretary of State's website attached hereto at **Exhibit C**. As such,

2

diversity of citizenship pursuant to 28 U.S.C. § 1332 exists between the parties in this case. *Id.*

6. This Court has original jurisdiction over this action under 28 U.S.C. §1332(a).

7. Pursuant to 28 U.S.C. §1446(d), written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal, will be filed in the State Court Action. The Plaintiff will receive a copy of the notice filed in the State Court Action.

8. On even date herewith, the Defendants are filing: (i) the statement required by the Standing Order on Removed Cases of the United States District Court for the District of Connecticut (the "Standing Order"); (ii) the Notice of Pending Motions required by the Standing Order; (iii) corporate disclosure statements; and (iv) a notice of appearance of their counsel in accordance with Local Rule 5(b).

WHEREFORE, defendants Whole Foods Market Group and WFM Properties pray that this action be removed from the New Haven Superior Court for the State of Connecticut to the United States District Court for the District of Connecticut, and request that this Court assume full jurisdiction over the case herein as provided by law.

          Respectfully submitted,

          WHOLE FOODS MARKET GROUP, INC.
          & WFM PROPERTIES CHESHIRE, LLC

          By their attorneys,

          /s/ Stephen C. Bazarian
          Stephen C. Bazarian
          sbazarian@dfllp.com
          DALTON & FINEGOLD, LLP
          34 Essex St.
          Andover, MA  01810
          Ph.: 978-296-4755
          FAX:  978-824-9407
          Federal Bar #ct30187

Dated:  July 12, 2022

## CERTIFICATE OF SERVICE

    I, Stephen C. Bazarian, Esq., counsel for defendants herein, hereby certify that on July 12, 2022, I served a copy of this pleading upon the following by first class mail, postage pre-paid:

          David B. Hartshorn, Esq.
          Law Offices of Brian J. Mongelluzzo, LLC
          1211 Chase Parkway, CT  06708
          *Counsel for plaintiff Christina Mayo*

          /s/ Stephen C. Bazarian
          Stephen C. Bazarian, Esq.