# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
06/08/2022
CT Log Number 541712703

## Service of Process Transmittal Summary

**TO:**     Timothy Horn
Whole Foods Market, Inc.
550 Bowie St
Austin, TX 78703-4644

**RE:**     **Process Served in Connecticut**

**FOR:**    WFM Properties Cheshire, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: CHRISTINA MAYO // To: WFM Properties Cheshire, LLC |
| **CASE #:** | None Specified |
| **NATURE OF ACTION:** | Personal Injury |
| **PROCESS SERVED ON:** | C T Corporation System, East Hartford, CT |
| **DATE/METHOD OF SERVICE:** | By Process Server on 06/08/2022 at 14:51 |
| **JURISDICTION SERVED:** | Connecticut |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/08/2022, Expected Purge Date: 06/13/2022 |
| | Image SOP |
| | Email Notification,  Timothy Horn  timothy.Horn@wholefoods.com |
| | Email Notification,  Ashley Nugent  ashley.nugent@wholefoods.com |
| | Email Notification,  Jennifer LaPlante  jennifer.laplante@wholefoods.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 67 Burnside Ave |
| | East Hartford, CT 06108 |
| | 866-665-5799 |
| | SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

SERVICE INTENDED FOR:

## **WFM Properties Cheshire, LLC**

 Wolters Kluwer

**SUMMONS - CIVIL**
JD-CV-1  Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259.  P.B. §§ 3-1 through 3-21, 8-1, 10-13

**See other side for instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

| | |
|---|---|
| ☐ | "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500. |
| ☒ | "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more. |
| ☐ | "X" if claiming other relief in addition to or in lieu of money or damages. |

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | ( 203 ) 503-6800 | July               12, 2022 |
| | | Month        Day    Year |

| ☒ Judicial District | ☐ G.A. | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|---|
| ☐ Housing Session | Number: | New Haven | Major: T    Minor: 03 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Law Offices of Brian J. Mongelluzzo, LLC  1211 Chase Parkway, Waterbury CT 06708 | 424434 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 203 ) 574-2326 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) pleadings@bjmlaw.com |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: **Mayo, Christina**  Address: **309 Willow Street, 1st Floor, Waterbury, CT 06710** | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: WFM Properties Cheshire, LLC  Address: A.F.S. C T Corporation System; 67 Burnside Ave., East Hartford, CT 06108 | D-01 |
| Additional Defendant | Name: **Whole Foods Market Group, Inc.**  Address: A.F.S. C T Corporation System; 67 Burnside Ave., East Hartford, CT 06108 | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left David B. Hartshorn, Esq. | Date signed 6/8/22 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. | A TRUE COPY ATTEST |
| c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. | John J. O'Leary |
| d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | CT State Marshal - Hartford County |

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|
| | | | |

(Page 1 of 2)

## Instructions

1. *Type or print legibly; sign summons.*
2. *Prepare or photocopy a summons for each defendant.*
3. *Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.*
4. *After service has been made by a proper officer, file original papers and officer's return with the clerk of court.*
5. *Do not use this form for the following actions:*

   (a) *Family matters (for example divorce, child support, custody, paternity, and visitation matters)*
   (b) *Summary Process actions*
   (c) *Applications for change of name*
   (d) *Probate appeals*
   (e) *Administrative appeals*

   (f) *Proceedings pertaining to arbitration*
   (g) *Any actions or proceedings in which an attachment, garnishment or replevy is sought*
   (h) *Entry and Detainer proceedings*
   (i) *Housing Code Enforcement actions*

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description | Major Description | Codes Major/Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 90 | All other | | | |
| Eminent Domain | E 00 | State Highway Condemnation | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 03 | Defective Premises - Private - Other |
| | E 20 | Other State or Municipal Agencies | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 12 | Defective Premises - Public - Other |
| | E 90 | All other | | T 20 | Products Liability - Other than Vehicular |
| | | | | T 28 | Malpractice - Medical |
| Miscellaneous | M 00 | Injunction | | T 29 | Malpractice - Legal |
| | M 10 | Receivership | | T 30 | Malpractice - All other |
| | M 20 | Mandamus | | T 40 | Assault and Battery |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | T 50 | Defamation |
| | M 40 | Arbitration | | T 61 | Animals - Dog |
| | M 50 | Declaratory Judgment | | T 69 | Animals - Other |
| | M 63 | Bar Discipline | | T 70 | False Arrest |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | T 71 | Fire Damage |
| | M 68 | Bar Discipline - Inactive Status | | T 90 | All other |
| | M 70 | Municipal Ordinance and Regulation Enforcement | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 83 | Small Claims Transfer to Regular Docket | | V 05 | Motor Vehicles* - Property Damage only |
| | M 84 | Foreign Protective Order | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 90 | All other | | V 09 | Motor Vehicle* - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | V 10 | Boats |
| | H 12 | Housing - Rent and/or Damages | | V 20 | Airplanes |
| | H 40 | Housing - Audita Querela/Injunction | | V 30 | Railroads |
| | H 50 | Housing - Administrative Appeal | | V 40 | Snowmobiles |
| | H 60 | Housing - Municipal Enforcement | | V 90 | All other |
| | H 90 | Housing - All Other | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | | | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | | | | W 90 | All other |

---

JD-CV-1   Rev. 4-16 (Back/Page 2)

| RETURN DATE: JULY 12, 2022 | : | SUPERIOR COURT |
|---|---|---|
| CHRISTINA MAYO | : | J.D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| WFM PROPERTIES CHESHIRE, LLC AND WHOLE FOODS MARKET GROUP, INC. | : | JUNE 8, 2022 |

## COMPLAINT

<u>FIRST COUNT:</u>     (Christina Mayo v. WFM Properties Cheshire, LLC)

1.      At all times mentioned herein the defendant, **WFM PROPERTIES CHESHIRE, LLC**, has been a duly enacted limited liability company authorized to transact business in the State of Connecticut.

2.      At all times mentioned herein the defendant, **WFM PROPERTIES CHESHIRE, LLC**, its agents, servants, and/or employees owned, possessed, managed, controlled and/or maintained the premises located at 400 East Johnson Avenue in Cheshire, Connecticut.

3.      On June 28, 2020, at approximately 3:51 p.m. the plaintiff, **CHRISTINA MAYO**, was lawfully on the subject premises and was engaged in her employment with Randstad Staffing. On that day the plaintiff was being trained in the operation of a forklift by Anthony Jones, an agent, servant and/or employee of **WHOLE FOODS MARKET GROUP, INC.** As she was directed to dismount the forklift by Anthony Jones she was caused to slip on

loose produce, thereby causing her to engage the throttle and further causing her ankle to become pinned between the forklift and a pallet. As a result, the plaintiff suffered injuries, damages and losses more fully set forth below.

4.     The plaintiff's incident, together with her injuries and losses, was caused by the negligence and carelessness of the defendant, **WFM PROPERTIES CHESHIRE, LLC**, by its agents, servants and/or employees in one or more of the following ways:

      a.    In that it failed to warn the plaintiff of the hazards associated with her operation of said forklift;

      b.    In that it failed to properly maintain the area to ensure that the plaintiff was not injured during the operation of said forklift;

      c.    In that it knew or should have known of the presence of the unsafe and dangerous condition for the plaintiff created by loose produce, yet took no action to correct it;

      d.    In that it failed to warn the plaintiff of the aforesaid dangerous and slippery condition and further failed to take reasonable care to ensure that the plaintiff was not injured when the same was required under the circumstances;

      e.    In that it failed to perform reasonable and/or timely inspections of the premises in order to discover the existence of the loose produce on which the plaintiff slipped, although it could and should have done so; and/or

      f.    In that it had a duty to the plaintiff, as a business invitee, of exercising reasonable care to keep in reasonably safe condition the portions of the premises to which it had invited the plaintiff, but failed to do so.

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2826 • Fax: (203) 755-1895
49 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424434

5.     As a result of the negligence and carelessness of the defendant, **WFM PROPERTIES CHESHIRE, LLC,** its agents, servants, and/or employees, the plaintiff, **CHRISTINA MAYO** suffered the following injuries, some or all of which may be permanent in nature:

      a.     Left ankle fracture;

      b.     Left ankle crush injury;

      c.     Left ankle wound/contusion;

      d.     Hammertoe of the second toe of her left foot;

      e.     Injury to the joint of the second toe of her left foot;

      f.     Left foot hallux valgus; and

      g.     Emotional distress.

6.     As a further result of the negligence and carelessness of the defendant, **WFM PROPERTIES CHESHIRE, LLC,** its agents, servants, and/or employees, the plaintiff was forced to expend large sums of money for hospital and medical care, medication, diagnostic tests and therapy, all necessary to her recovery, and may be forced to expend additional sums in the future.

7.     As a further result of the negligence of the defendant, **WFM PROPERTIES CHESHIRE, LLC,** its agents, servants, and/or employees, the plaintiff's employer, Randstad

**LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC**
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2326 • Fax: (203) 755-1835
49 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424434

Staffing, has expended compensation on account of the Plaintiff's injuries in the amount of $54,610.88.

8.    As a further result of the negligence of the defendant, the plaintiff, **CHRISTINA MAYO**, was unable to work, to her financial detriment.

9.    As a further result of the negligence of the defendant, **WFM PROPERTIES CHESHIRE, LLC,** its agents, servants, and/or employees, the plaintiff has been unable to participate in and enjoy her usual activities.

**SECOND COUNT:   (Christina Mayo v. Whole Foods Market Group, Inc.)**

1.    At all times mentioned herein the defendant, **WHOLE FOODS MARKET GROUP, INC.** has been a duly enacted corporation authorized to transact business in the State of Connecticut.

2.    At all times mentioned herein the defendant, **WHOLE FOODS MARKET GROUP, INC.**, its agents, servants, and/or employees owned, possessed, managed, controlled and/or maintained the premises located at 400 East Johnson Avenue in Cheshire, Connecticut.

3.    On June 28, 2020, at approximately 3:51 p.m. the plaintiff, **CHRISTINA MAYO**, was lawfully on the subject premises and was engaged in her employment with Randstad Staffing. On that day the plaintiff was being trained in the operation of a forklift by Anthony Jones, an agent, servant and/or employee of the defendant, **WHOLE FOODS**

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2936 • Fax: (203) 755-1835
49 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424434

**MARKET GROUP, INC.** As she was directed to dismount the forklift by Anthony Jones she was caused to slip on loose produce, thereby causing her to engage the throttle and further causing her ankle to become pinned between the forklift and a pallet. As a result, the plaintiff suffered injuries, damages and losses more fully set forth below.

4.     The plaintiff's incident, together with her injuries and losses, was caused by the negligence and carelessness of the defendant, **WHOLE FOODS MARKET GROUP, INC.**, by its agents, servants and/or employees in one or more of the following ways:

a.     In that it failed to ensure that the plaintiff was competent to operate a powered forklift safely, as demonstrated by the successful completion of a training and evaluation course in the operation of said forklift;

b.     In that it caused, allowed and/or permitted the plaintiff, a trainee, to operate a powered forklift outside the direct supervision of persons who have the knowledge, training, and experience to train operators and evaluate their competence in the operation of said forklift;

c.     In that it failed to adequately train the plaintiff in operation of the use of said forklift;

d.     In that it failed to properly supervise the plaintiff in the operation of said forklift;

e.     In that it failed to warn the plaintiff of the hazards associated with her operation of said forklift;

f.     In that it failed to properly maintain the area to ensure that the plaintiff was not injured during the operation of said forklift;

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2826 • Fax: (203) 755-1835
49 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1797
Juris # 424434

g.    In that it knew or should have known of the presence of the unsafe and dangerous condition for the plaintiff created by loose produce, yet took no action to correct it;

h.    In that it failed to warn the plaintiff of the aforesaid dangerous and slippery condition and further failed to take reasonable care to ensure that the plaintiff was not injured when the same was required under the circumstances;

i.    In that it failed to perform reasonable and/or timely inspections of the premises in order to discover the existence of the loose produce on which the plaintiff slipped, although it could and should have done so; and/or

j.    In that it had a duty to the plaintiff, as a business invitee, of exercising reasonable care to keep in reasonably safe condition the portions of the premises to which it had invited the plaintiff, but failed to do so.

5.    As a result of the negligence and carelessness of the defendant, **WHOLE FOODS MARKET GROUP, INC.**, its agents, servants, and/or employees, the plaintiff, **CHRISTINA MAYO** suffered the following injuries, some or all of which may be permanent in nature:

a.    Left ankle fracture;

b.    Left ankle crush injury;

c.    Left ankle wound/contusion;

d.    Hammertoe of the second toe of her left foot;

e.    Injury to the joint of the second toe of her left foot;

f.    Left foot hallux valgus; and

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2926 • Fax: (203) 755-1885
49 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424484

g.     Emotional distress.

6.     As a further result of the negligence and carelessness of the defendant, **WHOLE FOODS MARKET GROUP, INC.**, its agents, servants, and/or employees, the plaintiff was forced to expend large sums of money for hospital and medical care, medication, diagnostic tests and therapy, all necessary to her recovery, and may be forced to expend additional sums in the future.

7.     As a further result of the negligence of the defendant, **WHOLE FOODS MARKET GROUP, INC.**, its agents, servants, and/or employees, the plaintiff's employer, Randstad Staffing, has expended compensation on account of the Plaintiff's injuries in the amount of $54,610.88.

8.     As a further result of the negligence of the defendant, the plaintiff, **CHRISTINA MAYO**, was unable to work, to her financial detriment.

9.     As a further result of the negligence of the defendant, **WHOLE FOODS MARKET GROUP, INC.,** its agents, servants, and/or employees, the plaintiff has been unable to participate in and enjoy her usual activities.

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2926 • Fax: (203) 755-1635
49 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1790 • Fax: (860) 826-1727
Juris # 424434

**WHEREFORE**, the plaintiff claims money damages.

                                   THE PLAINTIFF,
                                   CHRISTINA MAYO

                              BY: _____
                                   David B. Hartshorn
                                   Law Offices of Brian J. Mongelluzzo, LLC
                                   1211 Chase Parkway
                                   Waterbury, CT 06708
                                   (203) 574-2326
                                   Juris No.:  424434
                                   Her Attorney

A TRUE COPY ATTEST
John J. O'Leary
CT State Marshal   Hartford County

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2326 • Fax: (203) 755-1835
49 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1790 • Fax: (860) 826-1727
Juris # 424434

RETURN DATE: JULY 12, 2022        :        SUPERIOR COURT

CHRISTINA MAYO               :        J.D. OF NEW HAVEN

V.                                 :        AT NEW HAVEN

WFM PROPERTIES CHESHIRE, LLC AND
WHOLE FOODS MARKET GROUP, INC.      :        JUNE 8, 2022

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF,
CHRISTINA MAYO

BY: _____
David B. Hartshorn
Law Offices of Brian J. Mongelluzzo, LLC
1211 Chase Parkway
Waterbury, CT 06708
(203) 574-2326
Juris No.: 424434
Her Attorney

A TRUE COPY ATTEST

John J. O'Leary
CT State Marshal - Hartford County

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2326 • Fax: (203) 755-1835
49 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424434



**CT Corporation**
**Service of Process Notification**
06/08/2022
CT Log Number 541712810

## Service of Process Transmittal Summary

**TO:**     Timothy Horn
          Whole Foods Market, Inc.
          550 Bowie St
          Austin, TX 78703-4644

**RE:**     **Process Served in Connecticut**

**FOR:**    Whole Foods Market Group, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: CHRISTINA MAYO // To: Whole Foods Market Group, Inc. |
| **CASE #:** | None Specified |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, East Hartford, CT |
| **DATE/METHOD OF SERVICE:** | By Process Server on 06/08/2022 at 14:51 |
| **JURISDICTION SERVED:** | Connecticut |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/08/2022, Expected Purge Date: 06/13/2022 |
| | Image SOP |
| | Email Notification, Timothy Horn  timothy.Horn@wholefoods.com |
| | Email Notification, Ashley Nugent  ashley.nugent@wholefoods.com |
| | Email Notification, Jennifer LaPlante  jennifer.laplante@wholefoods.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 67 Burnside Ave |
| | East Hartford, CT 06108 |
| | 866-665-5799 |
| | SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

SERVICE INTENDED FOR:


## **Whole Foods Market Group, Inc.**


 Wolters Kluwer

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [x] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | ( 203 ) 503-6800 | July  12 , 2022<br>Month  Day  Year |

| [x] Judicial District  [ ] Housing Session | [ ] G.A. Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349)<br>**New Haven** | Case type code *(See list on page 2)*<br>Major: **T**    Minor: **03** |
|---|---|---|---|

## For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented  *(Number, street, town and zip code)*<br>Law Offices of Brian J. Mongelluzzo, LLC  1211 Chase Parkway, Waterbury CT 06708 | Juris number *(to be entered by attorney only)*<br>**424434** |
|---|---|
| Telephone number *(with area code)*<br>( 203 ) 574-2326 | Signature of Plaintiff *(If self-represented)* |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [x] Yes  [ ] No | Email address for delivery of papers under Section 10-13 *(if agreed to)*<br>pleadings@bjmlaw.com |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 2 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name:  **Mayo, Christina**<br>Address: **309 Willow Street, 1st Floor, Waterbury, CT 06710** | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name:  **WFM Properties Cheshire, LLC**<br>Address: **A.F.S. C T Corporation System, 67 Burnside Ave., East Hartford, CT 06108** | D-01 |
| Additional Defendant | Name:  **Whole Foods Market Group, Inc.**<br>Address: **A.F.S. C T Corporation System, 67 Burnside Ave., East Hartford, CT 06108** | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | [x] Commissioner of the Superior Court<br>[ ] Assistant Clerk | Name of Person Signing at Left<br>**David B. Hartshorn, Esq.** | Date signed<br>6/8/22 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date<br>A TRUE COPY ATTEST<br>John J. O'Leary<br>CT State Marshal - Hartford County |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

(a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
(b) Summary Process actions
(c) Applications for change of name
(d) Probate appeals
(e) Administrative appeals

(f) Proceedings pertaining to arbitration
(g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
(h) Entry and Detainer proceedings
(i) Housing Code Enforcement actions

---

### ADA NOTICE
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

---

## Case Type Codes

| Major Description | Codes Major/ Minor | Minor Description | Major Description | Codes Major/ Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 90 | All other | | | |
| Eminent Domain | E 00 | State Highway Condemnation | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 03 | Defective Premises - Private - Other |
| | E 20 | Other State or Municipal Agencies | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 12 | Defective Premises - Public - Other |
| | E 90 | All other | | T 20 | Products Liability - Other than Vehicular |
| | | | | T 28 | Malpractice - Medical |
| Miscellaneous | M 00 | Injunction | | T 29 | Malpractice - Legal |
| | M 10 | Receivership | | T 30 | Malpractice - All other |
| | M 20 | Mandamus | | T 40 | Assault and Battery |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | T 50 | Defamation |
| | M 40 | Arbitration | | T 61 | Animals - Dog |
| | M 50 | Declaratory Judgment | | T 69 | Animals - Other |
| | M 63 | Bar Discipline | | T 70 | False Arrest |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | T 71 | Fire Damage |
| | M 68 | Bar Discipline - Inactive Status | | T 90 | All other |
| | M 70 | Municipal Ordinance and Regulation Enforcement | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 83 | Small Claims Transfer to Regular Docket | | V 05 | Motor Vehicles* - Property Damage only |
| | M 84 | Foreign Protective Order | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 90 | All other | | V 09 | Motor Vehicle* - All other |
| | | | | V 10 | Boats |
| Housing | H 10 | Housing  - Return of Security Deposit | | V 20 | Airplanes |
| | H 12 | Housing  - Rent and/or Damages | | V 30 | Railroads |
| | H 40 | Housing  - Audita Querela/Injunction | | V 40 | Snowmobiles |
| | H 50 | Housing  - Administrative Appeal | | V 90 | All other |
| | H 60 | Housing  - Municipal Enforcement | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | H 90 | Housing  - All Other | | | |
| | | | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | | | | W 90 | All other |

JD-CV-1   Rev. 4-16 (Back/Page 2)

(Page 2 of 2)

RETURN DATE: JULY 12, 2022           :       **SUPERIOR COURT**

**CHRISTINA MAYO**                  :       **J.D. OF NEW HAVEN**

**V.**                                        :       **AT NEW HAVEN**

**WFM PROPERTIES CHESHIRE, LLC AND**
**WHOLE FOODS MARKET GROUP, INC.**     :       **JUNE 8, 2022**

## COMPLAINT

<u>**FIRST COUNT:**</u>      **(Christina Mayo v. WFM Properties Cheshire, LLC)**

1.      At all times mentioned herein the defendant, **WFM PROPERTIES CHESHIRE, LLC,** has been a duly enacted limited liability company authorized to transact business in the State of Connecticut.

2.      At all times mentioned herein the defendant, **WFM PROPERTIES CHESHIRE, LLC,** its agents, servants, and/or employees owned, possessed, managed, controlled and/or maintained the premises located at 400 East Johnson Avenue in Cheshire, Connecticut.

3.      On June 28, 2020, at approximately 3:51 p.m. the plaintiff, **CHRISTINA MAYO,** was lawfully on the subject premises and was engaged in her employment with Randstad Staffing. On that day the plaintiff was being trained in the operation of a forklift by Anthony Jones, an agent, servant and/or employee of **WHOLE FOODS MARKET GROUP, INC.** As she was directed to dismount the forklift by Anthony Jones she was caused to slip on

loose produce, thereby causing her to engage the throttle and further causing her ankle to become pinned between the forklift and a pallet. As a result, the plaintiff suffered injuries, damages and losses more fully set forth below.

4.     The plaintiff's incident, together with her injuries and losses, was caused by the negligence and carelessness of the defendant, **WFM PROPERTIES CHESHIRE, LLC**, by its agents, servants and/or employees in one or more of the following ways:

    a.     In that it failed to warn the plaintiff of the hazards associated with her operation of said forklift;

    b.     In that it failed to properly maintain the area to ensure that the plaintiff was not injured during the operation of said forklift;

    c.     In that it knew or should have known of the presence of the unsafe and dangerous condition for the plaintiff created by loose produce, yet took no action to correct it;

    d.     In that it failed to warn the plaintiff of the aforesaid dangerous and slippery condition and further failed to take reasonable care to ensure that the plaintiff was not injured when the same was required under the circumstances;

    e.     In that it failed to perform reasonable and/or timely inspections of the premises in order to discover the existence of the loose produce on which the plaintiff slipped, although it could and should have done so; and/or

    f.     In that it had a duty to the plaintiff, as a business invitee, of exercising reasonable care to keep in reasonably safe condition the portions of the premises to which it had invited the plaintiff, but failed to do so.

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2936 • Fax: (203) 755-1835
49 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1790 • Fax: (860) 826-1727
Juris # 424434

5.    As a result of the negligence and carelessness of the defendant, **WFM PROPERTIES CHESHIRE, LLC**, its agents, servants, and/or employees, the plaintiff, **CHRISTINA MAYO** suffered the following injuries, some or all of which may be permanent in nature:

    a.    Left ankle fracture;

    b.    Left ankle crush injury;

    c.    Left ankle wound/contusion;

    d.    Hammertoe of the second toe of her left foot;

    e.    Injury to the joint of the second toe of her left foot;

    f.    Left foot hallux valgus; and

    g.    Emotional distress.

6.    As a further result of the negligence and carelessness of the defendant, **WFM PROPERTIES CHESHIRE, LLC**, its agents, servants, and/or employees, the plaintiff was forced to expend large sums of money for hospital and medical care, medication, diagnostic tests and therapy, all necessary to her recovery, and may be forced to expend additional sums in the future.

7.    As a further result of the negligence of the defendant, **WFM PROPERTIES CHESHIRE, LLC**, its agents, servants, and/or employees, the plaintiff's employer, Randstad

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2986 • Fax: (203) 755-1835
49 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1797
Juris # 424434

Staffing, has expended compensation on account of the Plaintiff's injuries in the amount of $54,610.88.

8.      As a further result of the negligence of the defendant, the plaintiff, **CHRISTINA MAYO**, was unable to work, to her financial detriment.

9.      As a further result of the negligence of the defendant, **WFM PROPERTIES CHESHIRE, LLC,** its agents, servants, and/or employees, the plaintiff has been unable to participate in and enjoy her usual activities.

**SECOND COUNT:**   (Christina Mayo v. Whole Foods Market Group, Inc.)

1.      At all times mentioned herein the defendant, **WHOLE FOODS MARKET GROUP, INC**. has been a duly enacted corporation authorized to transact business in the State of Connecticut.

2.      At all times mentioned herein the defendant, **WHOLE FOODS MARKET GROUP, INC.,** its agents, servants, and/or employees owned, possessed, managed, controlled and/or maintained the premises located at 400 East Johnson Avenue in Cheshire, Connecticut.

3.      On June 28, 2020, at approximately 3:51 p.m. the plaintiff, **CHRISTINA MAYO,** was lawfully on the subject premises and was engaged in her employment with Randstad Staffing. On that day the plaintiff was being trained in the operation of a forklift by Anthony Jones, an agent, servant and/or employee of the defendant, **WHOLE FOODS**

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2326 • Fax: (203) 755-1835
49 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424454

**MARKET GROUP, INC**. As she was directed to dismount the forklift by Anthony Jones she was caused to slip on loose produce, thereby causing her to engage the throttle and further causing her ankle to become pinned between the forklift and a pallet. As a result, the plaintiff suffered injuries, damages and losses more fully set forth below.

4.     The plaintiff's incident, together with her injuries and losses, was caused by the negligence and carelessness of the defendant, **WHOLE FOODS MARKET GROUP, INC.**, by its agents, servants and/or employees in one or more of the following ways:

a.     In that it failed to ensure that the plaintiff was competent to operate a powered forklift safely, as demonstrated by the successful completion of a training and evaluation course in the operation of said forklift;

b.     In that it caused, allowed and/or permitted the plaintiff, a trainee, to operate a powered forklift outside the direct supervision of persons who have the knowledge, training, and experience to train operators and evaluate their competence in the operation of said forklift;

c.     In that it failed to adequately train the plaintiff in operation of the use of said forklift;

d.     In that it failed to properly supervise the plaintiff in the operation of said forklift;

e.     In that it failed to warn the plaintiff of the hazards associated with her operation of said forklift;

f.     In that it failed to properly maintain the area to ensure that the plaintiff was not injured during the operation of said forklift;

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2326 • Fax: (203) 755-1835
49 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1797
Juris # 424434

g.     In that it knew or should have known of the presence of the unsafe and dangerous condition for the plaintiff created by loose produce, yet took no action to correct it;

h.     In that it failed to warn the plaintiff of the aforesaid dangerous and slippery condition and further failed to take reasonable care to ensure that the plaintiff was not injured when the same was required under the circumstances;

i.     In that it failed to perform reasonable and/or timely inspections of the premises in order to discover the existence of the loose produce on which the plaintiff slipped, although it could and should have done so; and/or

j.     In that it had a duty to the plaintiff, as a business invitee, of exercising reasonable care to keep in reasonably safe condition the portions of the premises to which it had invited the plaintiff, but failed to do so.

5.     As a result of the negligence and carelessness of the defendant, **WHOLE FOODS MARKET GROUP, INC.**, its agents, servants, and/or employees, the plaintiff, **CHRISTINA MAYO** suffered the following injuries, some or all of which may be permanent in nature:

a.     Left ankle fracture;

b.     Left ankle crush injury;

c.     Left ankle wound/contusion;

d.     Hammertoe of the second toe of her left foot;

e.     Injury to the joint of the second toe of her left foot;

f.     Left foot hallux valgus; and

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2936 • Fax: (203) 755-1835
49 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424434

g. Emotional distress.

6. As a further result of the negligence and carelessness of the defendant, **WHOLE FOODS MARKET GROUP, INC.**, its agents, servants, and/or employees, the plaintiff was forced to expend large sums of money for hospital and medical care, medication, diagnostic tests and therapy, all necessary to her recovery, and may be forced to expend additional sums in the future.

7. As a further result of the negligence of the defendant, **WHOLE FOODS MARKET GROUP, INC.**, its agents, servants, and/or employees, the plaintiff's employer, Randstad Staffing, has expended compensation on account of the Plaintiff's injuries in the amount of $54,610.88.

8. As a further result of the negligence of the defendant, the plaintiff, **CHRISTINA MAYO**, was unable to work, to her financial detriment.

9. As a further result of the negligence of the defendant, **WHOLE FOODS MARKET GROUP, INC.,** its agents, servants, and/or employees, the plaintiff has been unable to participate in and enjoy her usual activities.

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2386 • Fax: (203) 755-1835
49 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424434

**WHEREFORE,** the plaintiff claims money damages.

**THE PLAINTIFF,**
**CHRISTINA MAYO**

BY: _____
David B. Hartshorn
Law Offices of Brian J. Mongelluzzo, LLC
1211 Chase Parkway
Waterbury, CT 06708
(203) 574-2326
Juris No.: 424434
Her Attorney

A TRUE COPY ATTEST

John J. O'Leary
CT State Marshal - Hartford County

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2326 • Fax: (203) 755-1835
40 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424434

RETURN DATE: JULY 12, 2022      :      **SUPERIOR COURT**

CHRISTINA MAYO      :      **J.D. OF NEW HAVEN**

V.      :      **AT NEW HAVEN**

WFM PROPERTIES CHESHIRE, LLC AND
WHOLE FOODS MARKET GROUP, INC.      :      **JUNE 8, 2022**

<u>STATEMENT OF AMOUNT IN DEMAND</u>

The amount in demand is greater than Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF,
CHRISTINA MAYO

BY: _____
     David B. Hartshorn
     Law Offices of Brian J. Mongelluzzo, LLC
     1211 Chase Parkway
     Waterbury, CT 06708
     (203) 574-2326
     Juris No.: 424434
     Her Attorney

A TRUE COPY ATTEST

John J. O'Leary
CT State Marshal - Hartford County

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2326 • Fax: (203) 755-1835
49 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424434